# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID GRADON CLEMONS, JR.

VERSUS

KRISTIN RENEE DIABLE

NO.  2020 CW 1195

**FEB 1 8 2021**

---

In Re:  Kristin Renee Diable, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0000650.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** The minutes from the August 3, 2020 hearing do not indicate whether any documents were admitted into evidence. In addition, the petition for divorce in the Civil District Court of Orleans Parish attached by the relator, Kristin Renee Diable, failed to include a file-stamp, and accordingly, the filing date could not be ascertained.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

---
DEPUTY CLERK OF COURT
FOR THE COURT